UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **YOLANDA BROOKS,**<br><br>             Plaintiff,<br><br>    vs.<br><br>**COMMISSIONER OF SOCIAL SECURITY,**<br><br>             Defendant. | **2:20-CV-13246-TGB-EAS**<br><br><br><br>**JUDGMENT** |

In accordance with the Opinion and Order issued on this date, **ACCEPTING AND ADOPTING** Magistrate Judge Elizabeth A. Stafford's Report and Recommendation (ECF No. 16), it is **ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment (ECF No. 15) is **GRANTED**, Plaintiff's Motion for Summary Judgment (ECF No. 14) is **DENIED**, and that the case is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan:  June 15, 2022.

                                            KINIKIA ESSIX
                                          CLERK OF THE COURT
                                          s/A. Chubb
                                          Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE